**Order entered September 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01568-CR

### ROBERT ALAN NOURSE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-84640-2013**

## ORDER

The Court has before it appellant's September 10, 2015 motion to supplement the record with Defendant's Exhibit no. 2, the affidavit of non-prosecution, and Defendant's Exhibit no. 3, a photograph of the complaining witness. Appellant states that although the exhibits are identified in the index of exhibits, they are not included in the reporter's record.

The Court has reviewed the reporter's record filed in this Court and finds that Defendant's Exhibit nos. 2 and 3 are included in the record. Accordingly, to the extent appellant seeks to have the record before this Court supplemented, we **DENY** the motion as moot.

We **GRANT** the motion to the extent that we **ORDER** Antoinette Varela, official court reporter of the County Court at Law No. 5, to file, within **FIVE DAYS** of the date of this order, a

supplemental reporter's record containing Defendant's Exhibit nos. 2 and 3 with the Collin County District Clerk's Office. *See* Tex. R. App. P. 34.6(h).

We **DIRECT** the Clerk to send copies of this order to Antoinette Varela, official court reporter, County Court at Law No. 5, and to counsel for all parties.

/s/ ADA BROWN
   JUSTICE